| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Schroeder, Thomas D. | 2. Court or Organization Middle Districtof N C | 3. Date of Report 05/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

251 North Main Street, Suite 223A
Hiram Ward Federal Courthouse
Winston-Salem, North Carolina 27101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Notre Dame Law Association |
| 2. | Vice President/Board of Governors | N.C. Bar Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. University of North Carolina/Chapel Hill | tuition and housing for 2014 | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Accounts (Wachovia) | A | Interest | K | T | | | | | |
| 2. BB&T Account | | | | | Closed | | | | |
| 3. US Treasury Series EE Bonds | | None | J | T | | | | | |
| 4. First Tennessee Accounts | B | Interest | N | T | | | | | |
| 5. Valic Annuity | B | Dividend | K | T | | | | | |
| 6. Brokerage #1 (H) | | | | | | | | | |
| 7. -iShares Russell 1000 ETF | B | Dividend | M | T | | | | | |
| 8. -PowerShares FTSE RAFI US 1000 | C | Dividend | N | T | | | | | |
| 9. -iShares MSCI EAFE ETF | C | Dividend | M | T | Buy (add'l) | 11/04/14 | K | | |
| 10. -Vanguard FTSE Developed Markets ETF | C | Dividend | L | T | | | | | |
| 11. -iShares MSCI Emerging Markets ETF | B | Dividend | L | T | Buy (add'l) | 11/04/14 | K | | |
| 12. -Vanguard FTSE Emerging Markets ETF | A | Dividend | | | Sold | 11/03/14 | K | A | |
| 13. -Eaton Vance Glbl Macro Absolute Ret Advtg I | | None | | | Sold | 11/03/14 | K | A | |
| 14. -PIMCO RAE Worldwide Fndmntl Advt PLUS Instl | | None | | | Sold | 11/03/14 | K | A | |
| 15. -PIMCO Unconstrained Bond Instl | A | Dividend | | | Sold | 11/04/14 | K | A | |
| 16. -PIMCO 1-5 Year US TIPS Index ETF | A | Dividend | L | T | | | | | |
| 17. -PIMCO Low Duration Fund Instl | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Ltd-Term Tax Exempt Adm | A | Dividend | L | T | | | | | |
| 19. -Vanguard Short-Term Investment-Grade Adm | A | Dividend | | | Sold | 11/03/14 | J | A | |
| 20. -Eaton Vance Floating Rate Instl | A | Dividend | K | T | | | | | |
| 21. -Fidelity Cash Money Market | A | Dividend | K | T | | | | | |
| 22. -Fidelity Cash Reserves | A | Dividend | L | T | Buy | 12/16/14 | L | | |
| 23. Brokerage #2 (H) | | | | | | | | | |
| 24. -iShares Russell 1000 ETF | A | Dividend | K | T | Sold (part) | 11/03/14 | J | A | |
| 25. -PowerShares FTSE RAFI US 1000 | A | Dividend | K | T | | | | | |
| 26. -iShares MSCI EAFE ETF | A | Dividend | J | T | Buy (add'l) | 11/03/14 | J | | |
| 27. -Vanguard FTSE Developed Markets ETF | B | Dividend | K | T | | | | | |
| 28. -iShares MSCI Emerging Markets ETF | A | Dividend | K | T | Buy (add'l) | 11/03/14 | K | | |
| 29. -Vanguard FTSE Emerging Markets ETF | A | Dividend | | | Sold | 11/03/14 | J | A | |
| 30. -PIMCO All Asset All Authority Instl | B | Dividend | K | T | Buy (add'l) | 11/03/14 | J | | |
| 31. -AQR Managed Futures Strategy Cl I | A | Dividend | K | T | | | | | |
| 32. -Eaton Vance Glbl Macro Absolute Ret Advtg I | | None | | | Sold | 11/03/14 | J | A | |
| 33. -PIMCO RAE Worldwide Fndmntl Advt PLUS Instl | A | Dividend | K | T | Buy | 11/04/14 | K | | |
| 34. -PIMCO Unconstrained Bond Instl | A | Dividend | | | Sold | 11/04/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -RiverNorth/DoubleLine Strategic Income I | A | Dividend | K | T | Buy | 11/03/14 | K | | |
| 36. -PIMCO 1-5 Year US TIPS Index ETF | A | Dividend | | | Sold | 11/03/14 | J | A | |
| 37. -PIMCO Global Advantage Strategy Bond Instl | A | Dividend | K | T | Buy (add'l) | 11/03/14 | J | | |
| 38. -Vanguard Short-Term Investment-Grade Adm | A | Dividend | J | T | | | | | |
| 39. -Eaton Vance Floating Rate Adv | B | Dividend | | | Sold | 11/04/14 | J | A | |
| 40. -Eaton Vance Floating Rate Instl | A | Dividend | K | T | Buy | 11/04/14 | J | | |
| 41. -Fidelity Cash Money Market | A | Dividend | J | T | | | | | |
| 42. Brokerage #3 (H) | | | | | | | | | |
| 43. -AQR Managed Futures Strategy Cl I | C | Dividend | L | T | | | | | |
| 44. -PIMCO 1-5 Year US TIPS Index ETF | A | Dividend | | | Sold | 11/03/14 | K | A | |
| 45. -PIMCO Global Advtge Strategy Bond Instl | B | Dividend | M | T | Buy (add'l) | 11/06/14 | L | | |
| 46. -Vanguard Short-Term Investment-Grade Adm | A | Dividend | | | Sold | 11/04/14 | L | A | |
| 47. -Eaton Vance Floating Rate Adv | A | Dividend | J | T | Sold (part) | 11/05/14 | J | A | |
| 48. -Fidelity Cash Money Market | A | Dividend | J | T | | | | | |
| 49. IRA #1 (H) | | | | | | | | | |
| 50. -iShares Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 51. -PowerShares FTSE RAFI US 1000 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -iShares MSCI EAFE ETF | A | Dividend | K | T | | | | | |
| 53. -iShares MSCI Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 54. -PIMCO All Asset All Authority Instl | C | Dividend | L | T | | | | | |
| 55. -Eaton Vance Floating Rate Adv | A | Dividend | | | Sold | 11/14/14 | J | A | |
| 56. -Eaton Vance Floating Rate Instl | A | Dividend | J | T | Buy (add'l) | 11/14/14 | J | | |
| 57. -Fidelity Treasury Daily Money Market | | None | J | T | | | | | |
| 58. IRA #2 (H) | | | | | | | | | |
| 59. -PIMCO All Asset All Authority Instl | B | Dividend | K | T | | | | | |
| 60. -Eaton Vance Floating Rate Adv | A | Dividend | J | T | | | | | |
| 61. IRA #3 (H) | | | | | | | | | |
| 62. -PowerShares FTSE RAFI US 1000 | A | Dividend | K | T | | | | | |
| 63. -iShares MSCI EAFE ETF | B | Dividend | L | T | Buy (add'l) | 11/04/14 | K | | |
| 64. -iShares MSCI Emerging Markets EFT | B | Dividend | L | T | | | | | |
| 65. -PIMCO All Asset All Authority Instl | D | Dividend | M | T | Buy (add'l) | 11/03/14 | J | | |
| 66. -AQR Managed Futures Strategy Cl I | B | Dividend | K | T | | | | | |
| 67. -Eaton Vance Glbl Macro Absolute Ret Advtg I | | None | | | Sold | 11/03/14 | M | A | |
| 68. -PIMCO RAE Worldwide Fndmntl Advt PLUS Instl | B | Dividend | M | T | Buy | 11/04/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -PIMCO Unconstrained Bond Instl | B | Dividend | | | Sold | 11/04/14 | M | A | |
| 70. -RiverNorth/DoubleLine Strategic Income I | B | Dividend | M | T | Buy | 11/04/14 | M | | |
| 71. -Eaton Vance Emerging Mkts Local Income Cl I | D | Dividend | M | T | Buy (add'l) | 11/04/14 | J | | |
| 72. -PIMCO Global Advantage Strategy Bond Instl | B | Dividend | L | T | | | | | |
| 73. -PIMCO High Yield Spectrum Instl | D | Dividend | | | Sold | 11/04/14 | M | A | |
| 74. -Eaton Vance Floating Rate Adv | A | Dividend | J | T | | | | | |
| 75. -Eaton Vance Floating Rate Instl | D | Dividend | M | T | Buy (add'l) | 11/05/14 | K | | |
| 76. -Fidelity Treasury Daily Money Market | A | Dividend | J | T | | | | | |
| 77. Mass Mutual Whole Life Insurance | B | Dividend | L | T | | | | | |
| 78. Mass Mutual Whole Life Insurance | A | Dividend | K | T | | | | | |
| 79. Loyal American Insurance | A | Dividend | J | U | | | | | |
| 80. Winston-Salem Foundation Donor Advised Fund | | None | J | T | | | | | |
| 81. Vanguard 529 -Vanguard Interest Accumulation Portfolio | A | Interest | J | T | | | | | |
| 82. Vanguard 529 -Vanguard Interest Accumulation Portfolio | A | Interest | J | T | | | | | |
| 83. NC College Foundation 529 Dependable Income Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Winston-Salem Foundation Donor Advised Fund reflects money we donated irrevocably to, and is owned by, the Foundation, but I [REDACTED] can direct donations from that Fund to charities of our choice. We can receive no income from its investment; rather, the Fund receives the income.

Part VII, line 2: the BBT account was apparently closed August 19, 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Thomas D. Schroeder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544